# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| MORGAN HOWARTH, | : |
| Plaintiff, | : |
| v. | : Civil Action No.: |
| | : 1:19-cv-00160-LMB-TCB |
| GMH MORTGAGE SERVICES, LLC, | : |
| Defendant. | : |

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that Plaintiff, under Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby dismisses this action. Such dismissal shall be with prejudice, with each side to bear its own costs and attorney's fees.

Signed April 3, 2019

           /s/ _David C. Deal_____
Plaintiff (by Counsel)

David C. Deal (VA Bar No.: 86005)
The Law Office of David C. Deal, P.L.C.
P.O. Box 1042
Crozet, VA 22932
434-233-2727, Telephone
888-965-8083, Facsimile
*Counsel for Plaintiff*

CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a true and accurate copy of the foregoing Notice was mailed by USPS First Class on September 28, 2018 to the following:

S. Gregory Herrman
Blank Rome LLP
1825 Eye Street NW
Washington, DC 20006

    __/s/__ *David C. Deal*_____
    David C. Deal (VA Bar No.: 86005)
    The Law Office of David C. Deal, P.L.C.
    P.O. Box 1042
    Crozet, VA 22932
    434-233-2727, Telephone
    888-965-8083, Facsimile
    *Counsel for Plaintiff*